**Anna Morris, appellee, v. Martin Strutz, appellant. Gen. No. 27,947.**

Motion to vacate a judgment taken by default. Motion granted.

Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Appeal dismissed. Opinion filed January 2, 1923.

Harold W. Jirka, for appellant. No appearance for appellee.

Mr. Justice Morrill delivered the opinion of the court.